RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 1 1 2025

DANIEL J. McCOY, CLERK

BY:

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
WESTERN ~~EASTERN~~ DISTRICT OF LOUISIANA

RONNIE K. Williams ; AKA White Hardison
( CLASS ACT suit ) Roster From YEAR 2016-2025                      CIVIL ACTION

will Annexe    Print the full name (first - middle - last) and
Roster Names   prisoner number of the plaintiff in this action.                NO.

(#) First                          versus                        SECTION

Sheriff STUART WRIGHT AND STAFF:
From LASALLA enGraph Correctioal
INTERPrite OWNER SHIR AND Company, (2#) second
And THE Founder of OSHA: STATION the Ben Johnson
Aditorium on Martial Luther King Natchitoches Parith

Print the full name of all defendants in this
action.
DO NOT WRITE et al.

COMPLAINT

I.    Previous Lawsuits

      A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved
            in this action or otherwise relating to your imprisonment?
            Yes ☑  No ☐

B.   If your answer to A is "yes", describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to the previous lawsuit

Plaintiffs _Ronnie L. Williams AKA White, Hardison_

Defendants _La. ha. Brianna Sylvester_

2.   Court (If federal court, name of the district court; if state court, name the parish.)
_Western District Court Alexandria Louisiana_

3.   Docket Number _P. 1138_

4.   Name of judge to whom case was assigned _Drell : Kirk._

5.   Disposition (For example:  Was this case dismissed?  Was it appealed?  Is it still pending?)
_Yes im Annexeing it to this Meloone for supporting Fact_

6.   Approximate date of filing lawsuit _November 2015_

7.   Approximate date of disposition _2016._

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ☑  No ☐

If your answer is "yes", list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.
_Defendants Desiree Duhon Dress Judge D.A. Billy Joe Harrington_
_Assistant D.A Cloyd Benjamin. & Western District Court_
_2024 year_

II.   PLACE OF PRESENT CONFINEMENT: _Natchitoches Parish Detention Center_

A.   Is there a prisoner grievance procedure in this institution?
Yes ☑  No ☐

B.   Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ☑  No ☐

C.   If your answer is "yes",

1.   Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses.  If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _8/11/2025_

2

2.  As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _Step One_

D.  If your answer is NO, explain why you have not done so: _____

_____

_____

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.  Full Name of Plaintiff (First - Middle - Last) _Class Act Ronnie L. Williams_

Prisoner Number _#  3_

Address _NPDC 299 Edwince Drive_

Date of Birth _9/6/1976_

Date of Arrest _11/28/2024 / 6/8 2025_

Date of Conviction _None_

III. A (continued) – ADDITIONAL PLAINTIFFS      In Re: _Ronnie L. Williams_

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1)  I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)  I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)  I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff
(First - Middle - Last) _Ronnie L. Williams_

Prisoner Number _____

Address _1313 Grace Ave. Natchitoches Parish Le 71457_

Date of Birth _9/6/1976_

Date of Arrest _11 28 24 / 6/8/25_

Date of Conviction _____

Signature _Ronnie Williams_

Full Name of Plaintiff
(First - Middle - Last) _____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature _____

Full Name of Plaintiff
(First - Middle - Last) _____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature _____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address.   If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant _Stewart Wright_ is employed as _Sheriff_
_____ at _Natchitoches Parish Detention Center_
Address for service: _299 Edwins Drive Natchitoches La 71457_

C.  Defendant _Lasella Owner_ is employed as _Part Owner with Sheriff_
_Stewart Wright_ at _Natchitoches Parish Detention Center_
Address for service: _299 Edwins Drive Natchitoches La 71457_

D.  Defendant _Founder of OSHA_ is employed as _Hazzard Control Company Owner_
_____ at _Ben Johnson Auditorium in Natchitoches Parish La_
Address for service: _Martin Luther King Drive. Ben Johnson Auditorium. Natchitoches_
_Parish Louisiana 71457._

E.  Defendant _____ is employed as _____
_____ at _____
Address for service: _____

F.  Defendant _____ is employed as _____
_____ at _____
Address for service: _____

G.  Defendant _____ is employed as _____
_____ at _____
Address for service: _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_____
_____
_____
_____
_____
_____

Statement and Claim Start and Relief on Last Sheet.

(#
Part ONE)

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I PlAINTIFF Entered THE NATCHITOCHES Parish DETENTION CENTER ON 28th day month November year 2024. in The Dorm Area— When my Respertory system dropped admedistely, sneezing, coughing, eyes burning time to time head ackes. from Pollution of Air And Black mold inFested illegal Hazzard Control Building From shower Areas to Duct Ventilation INdustrial system. THE SheriFF oF THE Natchitoches Parish Detention Center Lasalle. Correctional. And STAFF, Breached Their Duty By Conducting A Hazzard illegal Control Industral Inter Prise State System (Part 2) THE NATCHITOCHES Parish DETENTION Center Did HAVE THE RIGHT TO Run A Legal Clean Air Act Control SYSTEM From THE INTRO Birth in JUNE 1996 when THE Industral Duct Ventilation with THE SufFicency of Manual Labor From the Manual Book Requirement, A time Rawdum Check by X amount of Hours

VI.  Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___6th___ day of ___September___, 20_25_

_Ronnic L. Williams_
(Signature of Plaintiff)

04/2006

5

For the weight of Air Particles and Molicules to Approve the Regulationes of Clean Air For Duct Vents Pollicy THATS Ran By 10-15 ten To FiFTEEN year or 10-20 Ten to twenty year Contract For Industral Duct Venitilation System Thats Ran By Legal Contract and United States Hazzard Control Rules From THE **Clean Air Act Code** Procedures.

(Part 3) The Sheriff Stuart Wright and Staff, with Enographed Jasella Correctional Part Ownership of the Natchitoches Parish Detention Center. Did Breach Their Duty by Violateing Their Hand Book of Intro of Preamber on Page ___ Number ; Statements and Fact ; Stated that In Sworn Oath For Offenders or Defendants And this Invitance Plaintiff; Said In ∂Undignity of being held in his Care of Detention or Custody that she would Protect the offender and his or her's Constitutional Rights in Due Process and Practical Speed. Failed To Do So by Sworn Oath and Governed Constitutional Rights of offenders.

(Part 4) The Founder of OSHA; Owner of Hazzard Control Company; And I Plantiff Ronnie L. Williams Meet At the Station Port of office on ___ day in the Month of October calendar year 2024. I stated in the Presented Procedure of Being held and Released From the Natchitoches Parish Detention Center. And that Im. Pro Se Attorney Needed the Suffeciency of Help For The Hazzard Controle Area of the Supporting Facts of Law Suit division to Access the Pollution of Air and the Black mold Inspection division part. In A Blunt Answer NO I said NO. WHY

He walked off And left me standing in the Ben Johnson Parking Lot, Where he Has been Station for OSHA Programs in Natchitoches Parish Louisiana (5th part)

The Owner of OSHA, Founder of Hazzard Control Company And Contract of Oath to Provide For the Clean Air Act Divisions to Support All Claims of Human Resources to Promote a better environment of towns and city's or Villiages in The United States For Citizens or People Failed and Breached his Duty in Sworn Oath of Contracts For the OSHA Hazzard Control Company Industrial Interprize.

[ V. Relief]            6 part.

Now For the Results of The Sheriff Stewart Wright and Staff; with Engraphed Part Owner Zasella correctional, Natchitoches Parish Detention Center; For Failure did Violate Plaintiff Ronnie L Williams; The United States Constitutional Rights 8th Amendments For Cruel and Unusual Punishment. And 14th Amendment No Person shell be deprived Life or Liberty without Due Process of Law shall be set Free at Liberty.

With Equal Protection Rights with same Instance of acts From The Most Awarded Case Landmark in The United States Sufficient Case For Pollution of Air And Black mold Awarded 50 Fifty Million Dollars For Damages Lennetta Viden. V. The State of Florida.
And

For OSHA Founder Results Each Individual in its own Capacity sueing alone 25 million dollars For Primitive damage and Pain and Suffering —

UNITED STATES DISTRICT COURT
WESTERN ~~EASTERN~~ DISTRICT OF LOUISIANA

NOTICE TO PRO SE PETITIONERS IN CUSTODY

Instructions for filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983.

If you are filing, or plan to file, a complaint in this court, please be advised that:

1.    **The law requires that you pay the cost of filing a complaint, which is $400.00. If you cannot pay this amount in its entirety, you may ask the court to allow you to proceed as a pauper. HOWEVER, EVEN IF YOU ARE ALLOWED TO BRING A CIVIL ACTION AS A PAUPER, YOU ARE STILL REQUIRED TO PAY THE FULL AMOUNT OF THE FILING FEE. The court will assess and, when funds exist, collect, as partial payment of any court fees, an initial partial filing fee of 20 percent of the greater of 1) the average monthly deposits to your account or 2) the average monthly balance in your account for the 6-month period immediately preceding the filing of the complaint. After payment of the initial filing fee, you are required to make monthly payments of 20 percent of the preceding month's income credited to your account. The agency having custody of you shall withhold and forward payments from your account to the clerk of the court until the filing fee is paid in full.**

      An application to proceed as a pauper is attached to the complaint form. In addition, if you apply for pauper status, you must submit a certified copy of your inmate account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint obtained from the appropriate official of each prison at which you are or were confined during that period.

2.    Your complaint must be on approved forms or substantially in conformity therewith.

3.    You must file an original and one copy of your complaint for each defendant. All copies must be identical to the original.

4.    The names of all parties must be listed on the front of your complaint as well as in Part III of your complaint. The names of all parties must be listed in both places exactly the same.

5.    If more than one plaintiff is listed, each plaintiff must provide, on a separate sheet, his or her full name, prisoner number, address, date of birth, date of arrest, date of conviction, and signature.

6.    Your complaint should not contain legal arguments or citations. You are required to give facts.

7.    Do not include exhibits with your complaint. If you do they will be returned to you. Any exhibits may be submitted at the time of hearing or trial.

8.    You must file with your complaint a list and description of all cases you have filed in any federal court previously. Give the case number, section, magistrate judge number, and title of each case. State for each listed case whether it is directly related to the new complaint you are filing.

9.    All pleadings and other papers submitted for filing shall be on 8½" X 11" paper, double spaced, and legibly handwritten or typed. On the first page of each document, the top margin must be 2½", the bottom margin must be 1½", and the left and right margins must each be 1" from the edge of the page. On subsequent pages all margins will be no less than 1".

10.   Every paper you file, after the complaint, must have the title, docket number, section and magistrate judge number.

11.   All pleadings must be signed. A notary is not required.

12.     A copy of everything you want filed, after the complaint, must be sent to the attorneys for the defendants. You must certify on the pleadings that you have done this.

13.     A copy of your pleadings will not be sent back to you after filing unless you provide us with an extra copy and a stamped, self-addressed return envelope.

14.     You should not correspond directly with the U. S. Magistrate Judge or U. S. District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court.

15.     Even if you are allowed to proceed as a pauper, you are not therefore eligible for free copies of pleadings. The Clerk must charge 50 cents per page for any copies you request. You must also specify what you want copied and you must furnish this office with a check at the time of your request. The amount of the check should equal the number of pages you want copied multiplied by 50 cents.

16.     Your complaint and other papers will not be filed if they do not conform to these instructions. They will be returned to you with a notation showing you where they do not conform.

5/2013

2