a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RONNIE L WILLIAMS,                          CIVIL DOCKET NO. 1:25-CV-01372
Plaintiff                                                          SEC P

VERSUS                                                    JUDGE EDWARDS

STUART WRIGHT ET AL,          MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

ORDER

Before the Court is a civil rights Complaint (ECF No. 1) and Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4) filed by pro se Plaintiff Ronnie L. Williams, an inmate at the Natchitoches Parish Detention Center.  Williams indicates that he has also used the aliases Ronnie White and Ronnie Hardison.  Williams does not provide his prisoner identification number associated with any of these names, which is necessary to determine whether Williams is entitled to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that Williams AMEND his Complaint within 30 days to provide the prison identification number(s) assigned to him by the Louisiana Department of Corrections, if applicable, and the Natchitoches Parish Detention Center.

SIGNED on Thursday, October 30, 2025

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1