a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RONNIE L WILLIAMS #392995,                    CIVIL DOCKET NO. 1:25-CV-01372
Plaintiff                                                              SEC P

VERSUS                                                           JUDGE EDWARDS

STUART WRIGHT ET AL,                 MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

## MEMORANDUM ORDER

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 filed by pro se Plaintiff Ronnie L. Williams ("Williams")[1].  Williams is incarcerated at the Natchitoches Parish Detention Center ("NPDC") in Natchitoches, Louisiana.  Williams alleges that he has been exposed to pollution and mold since arriving at NPDC on November 28, 2024.  ECF No. 1 at 6.  He seeks damages from local officials and the founder of OSHA.

Williams was granted leave to proceed *in forma papueris* ("IFP") under 28 U.S.C. § 1915(b).  ECF No. 11.  However, under 1915(g), a prisoner shall not be granted pauper status if "the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or

---

[1] Williams has also filed civil actions under the alias Ronnie White.  ECF No. 10.

1

fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Williams has previously filed numerous civil suits under multiple names, at least three of which were dismissed as frivolous, malicious, or for failing to state a claim for which relief can be granted. *See White v. Probation and Parole*, 1:15-CV-1417 (W.D. La.), ECF No. 13; *White v. Sylvester*, 1:16-CV-1138 (W.D. La.), ECF No. 14; *White v. Jones*, et al., 1:16-CV-1481 (W.D. La.), ECF No. 12. And Williams does not show that he is in imminent danger of serious physical injury.

Because Williams has previously filed three civil actions that were dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted, and he is not in imminent danger of serious physical injury, IT IS ORDERED that the Order granting Williams's application for leave to proceed IFP (ECF No. 11) is hereby REVOKED and RESCINDED.

IT IS FURTHER ORDERED that Williams pay the full filing fee of $405.00 within 20 days from the date of this Order. FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.

SIGNED on Monday, December 15, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE