Ronnie L. Williams

Versus

Stuart Wright

Case No. 1:25-cv-01372

Judge

Magerstrate Monte Perez

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 2 1 2026

DANIEL J. McCOY, CLERK
BY:_____

Memorandum ORDER :

Plaintiff Now Comes before the United States Western District Court. Granted on the day ___ in the Month _____ Calender year 2025. That According to 28.U.S.C. § 1331 Preliminary Injunction. Grounds of Exsisting Party / Defendant, from this extradinary remedy between while litigations is ongoing. the movant (Plaintiff) must show Core Requirements original jurisdiction over civil actions "arising under" the Supreme Law of the hand, Constitution, Laws, or treaties of the United States. And Engraphed this State of Louisiana Laws Rights and Constitution. Revised statutes; Criminal Code Procedures; and Sanctions of Regulations Judgement of three Congress and four Presunti es Authinticness of the House of Reporsentives, It is the Primary Statute for Federal questions jurisdiction, covering constitutional violations and Federal Law Claims without

A minimum amount in Controversy, in these cases federal Court Remedy governed by Procedural rules (Fed. R. Civ. P. 65). A Party must demonstrate! four factor

(1) Likelihood of Success on Merits-

(2) Irreparable Harm -

(3) Balance of Hardships-

(4) Public Intrest -

Process and Notice; Application; Temporary Restraining orders (TROs); Require a full evidentiary hearing.

Exeptional Cases; even if the Movant (Plaintiff) cannot yet show a high probability of success on merit, provider the claim has substaintial merit and interim relief is warranted

Practical Effect Prohibit certain actions (e.g. demolition, removal of Property, breach of Contract) Require certain action (e.g. performance of a contract, Compliance is clear and Enforceable, it is designed to prevent inreversible damage while the underlying case is decided for trial.

"Arising under The Constitution, Laws, or Treaties of the United States. Scopes For Violations of Offender / Plaintiff Movant (1st) First Amendments title Government Redress; offical of Louisiana office with Oaths; suit against Sheriff Stuart Wright and Staff : (8th) Amendment Cruel and Unusual Punishment; For Conducting a illegal hazzard control duct Ventilation System in Violations of Contracts and Contractors and Insurance company's were invol lved From being held ConFounded as a Consumer of a Exspired dinisition system oF Breached duty. (14 tenth) Amendment no person shall be deprived Life or liberty with out Due Process of Law; According to Core civil action Primary Statute For Federal questions is the United State of All States Policy such as Louisiana significant Precedent For Pollution of Air and toxic mold

Litigation acts Regulated by Louisiana Revised
Statute _____ code Time limitations For
Duct Ventilation Industrual System 10 years — throu
gh 15 or so forth  Resulting in Mental and Physical
Disability of Plaintiff injuries. From Violation
of Law with Sanctions to Demilition Mandatory
Duty Breached of the Sheriff and Staff Conduct.

And Equal Protectional Right as Treaties
of the United States. Case Lynette Jividen ;
Jividen V. [Condo Association] Case
similar Large Mold Case in the U.S.
Balance of Hardships ; Must Favor
the Movant :

Public Interest is not Contrary to
the Public According to equitable relief is Approp
riate injunction is weighted if Plaintiff is Granted

Motion to Compel: The Movant (Plaintiff) is asking the Judge to use the Power of the Court to essentially force the Defendants Partys to Furnish a copy to Plaintiff and the Court with Legal Document of Respond From State Licensing Board For Contractors From 4/28/26); Contractor Information Documents such as Copy of Contracts; Proposal, Advertising For Nature of Complaint:

And Also the Manual Labor Books For the monthly check For Air Quality to support the Louisiana Law Regulations of Revised Statute Duct Ventilation Industrial System Brand and Installment Record From Intro Birth 1996 — 2026 For Time limitation 10 years — 15 years or So Forth limitations. of Law, of Louisiana and the United States:

tinal rights Core Requirements of Focus breached duties of Bound Relationship of consumer; OFFender; Plaintiff:

And For the court to weigh the evidence with Out harm to the Movant with Out the injunctional against the harm to the Non Movant with the injunctional, and Balance must Favor the Movant weight of high probability of success on Merits provided the claim has substaintial merit and interim releif is Warranted by Core Requirement For Full evidentiary hearings would apply the Force to Reach the Louisiana Department of Public Saftey 225 342 6740. Follow up For Structure to Proceed iF no support to the Governor Jeff Landry For Full Process of Warranted Core. For junctive success on merit Motion to Compel claim to be used during the Discovery Process to ensure that Both Parties have full access to the Facts of this Case. To be used when the trial gets underway. Such as iF a supporting Fact is refused to answer a litigation of support that are not limited soley discovery Process

Plaintiff's Complaint to double Head Attorney of Inspectors For a Follow up also For the Department of Public Saftey office of Department of correctians Redress of complaint at 225 342-0740. For Failure to comply the support of Head Inspectors at 602 North street suite 621 Baton Rouge LA. 70802 has been hand mailed by Ronnie L. Williams Morant (Plaintiff) on May 5, 2026 and awaiting on Respond and For litigations of Core Requirement that will be ascertain to be applyed at Process For discovery use of success on merits. For Inspections For EM S2 Labortory Services to test and examine Proof of Pollutioni New Jersey call number 18 00 220 3675 For Full Process of Evidence success. So if Nessesary Im asking For this Court support For Discovery thanks

Compel; O.SHA Founder to Furnish this Court with His Oaths and Policy with Licensing Duties For Assistance of Regulations to No Breach Duties

Practical effects. Can be Prohibit type actions ( demolition of Hazzard Control environmental . Boards of Health Administrations of Action to be Notifyed and Services for the Breached duties of Contract and Violation of Timelimitation of Duct Ventilation System - Revised Statute of Louisiana

Proof of Insurance Companies that's involved By Contractors of Licensing of Interprise Company - From The Building Detention Center at 299 Edwina Drive . Natchitoches Parish 71457

The Original 1996 hand book through 2026 the Bound Relationship of Consumer Offender and Contract By Oath of the Sheriff and Staff that inOln dignity to Protect offender and Preserve ones Constit-

Complaint Form      1983

[ 1 ]

Therefore on or about the __ day in the month of _____ Plaintiff entered __ down at the Natchitoches Parish Detention Center / Lasella Correctional Run By Litlement Sheriff Stewart wright and Private Owners, Corporation. When I entered the Phycillaty of Infested Pollution of Air, instance change came about from my Stay. My Breathing changed, I started Chophing when I awake out sleep Eyes burning, sneezing, head ackes Lead to chest pain. Similar to the sharp pain in the right side head behind Right eye. come's and gous. These symptoms has accured For Many year's in and out that Detention Center. From 2016-2026. March. 23. 2026. the Sheriff Stewart Wright and Staff; Lasella Owner And Private Owners. OF Contracts and this State Louisiana Licensing. Breached their Duties of

Legal Services. (by legally viable claim based on credible facts showing that the underlying claim of likelihood of success on the Merit Ground; STATE of Louisiana State Licensing Board for Contractors. Consumer Complaint Form. Filed on 4/28/2026 As OFFENDER/Plaintiff; CONTRACTOR's Information For Complaint Name [1] Stuart Wright [2] Zasella Ocaner and [3] Private Owners of Company Name of Contractor Natchitoches Parish Detention Center.

2

Therefore the Natchitoches Parish Detention Center. Sheriff and Staff with Private Owners Did have the Right By Contract of the United State Licensing of Air Quality

Industral Duet Ventilation System Governed By this State of Louisiana Revised Statute ——— Code, that Time Limitations date of Intro or Beginning Reserved of Services Number ——— Contract 1996 through ——— years For Prohibit certain actions to demolition Breach Contract. (Movant Plaintiff have a legally viable claim base on Credible facts showing formate of. USA. Gov- Complaint about Prison. Agent Mrs Betty call Number 1844 8772 4681. ON 1/21/2026. Director, to Louisiana Deparment of Public Saftey Complain for Redress of Breached duty

of the Private Owned Watchtlockes Detention Center for Expired Duct Venti lation System of Pollution of Air Quality For Inspector Head Quarters at Contact Number #225 342 6740 for Services to allow. EMSL Labortory Services to Test and Examine the Proof of Pollution Station Jejensey Call Number 1800 220-3675 in Pursuit of Process. From 4/21/2026 Also The Governer of this State of Louisiana has been Notifyed JEFF LANDRY. at 225 342 0991. AND Cleo Aeilds Agents at the White House Switch Board 71457 Louisiana agent Christian. Call Number #202 224 3121. For all Process

From 4/27/2026 for All Ivestigations of
Services. to sapport Claim.

3

For failure to Run a Clean Air Quality Legal
updated dlict Ventilation System Has Caused
Mentally Break downs From Being treated by
Specialist. Doctor At the Natchitoches Parish
Mental Health Center on Keyser Ave. - see Records
By Counslor Sharon Beared from 2016 - X amount
of time. Also see supporing Fact on Notice
of two Doctors Notife/ed by 10th Judicial Court
Desiree Duhon Dyess iN September 2025.
And dOoctor Pergo _____ and Counslor
Tinsley At the State of Louisiana

*Hospital Documents Records*

**Date:** 4/13/2026

**Name of Client:** RONNIE L. Williams

**Hospital #:** ELMHS    **Building/Ward:** B-2

**Person completing form:** Ronnie L. Williams

| FOR TQM USE ONLY. |
|---|
| Complaint # _____ |
| Div. _____ Dept. _____ |
| CRO: _____ |
| Date Received by TQM: _____ |
| Date Closed: _____ |

**Complaint/Request:**                    **Complaint Type:**

I'm a victim of being exsposed to Pollution of air and been Living around Black mold From the Facility that I was transfered from on 3/23/26 Prior to my arrival here I would get burning of eye headaches, chest pains, coughing, early morning one Nasel stopped up and running nose that will run and stop Like cold symptoms with musculas from time to time.

Now I am aware of this only From having a clean health Physical awareness and this happen only when I'm in the Hazzard control Polluted Environment that's been off and on since 2016 to 2026 at the Natchitoches Parish Detention Center Iasella Correction at 299 Edwina Drive.

The Complaint is I still have sharp pains in my fore head area in my Chest too I'm still coughing here and there And I would Like to ~~have~~ have a hospital check For my health sake

AND I thank this Hospital here for clean Air and a better environment From my health and others take this Complain is From Before 3/23/26 of my arrival im sorry if Im a burden

May God Bless You

(Use additional forms to continue if needed)

**Signature:** Ronnie L. Williams          **Date:** 4/13/26

Jeff Landry
GOVERNOR

Drew P. Maranto
INTERIM SECRETARY



# State of Louisiana

Louisiana Department of Health
Office of Behavioral Health
Eastern Louisiana Mental Health System

**Louisiana Department of Health Diversity and Inclusion Statement**
[The Louisiana Department of Health (LDH) characterizes diversity as representing the differences and similarities of all of us that include, for example, individual characteristics (*e.g., disability, age, education level, poverty status, rural/urban setting, race, ethnicity, and orientation*), values, beliefs, experiences, and backgrounds. LDH also characterizes inclusion as creating a work environment in which all individuals are treated fairly and respectfully, have equal access to opportunities and resources, and can contribute fully to the work of our agency. This is inclusive of LDH also building its capacity to create, support and/or fund (*i.e., via programming projects and contracts*) efforts that do not discriminate against people, populations, and/or communities due to disability, age, education level, poverty status, rural/urban setting, race, ethnicity, and orientation. LDH believes that diversity and inclusion aid in more equitably achieving its mission – "...protect and promote health and to ensure access to medical, preventive and rehabilitative services for citizens of the State of Louisiana."]

- "For a complete copy of the LDH Phase 1 Health Equity Plan please see your social worker"

Louisiana Department Health Office of Be Lavioral Health Eastern Louisiana Mental Health System Po Box 498 Jackson Louisiana 70748 Was Permitted on 3/24/2026 (e. Irreparable Harm) With viable claim of Complain With Service of Hospital. From Damages Such as head ackes / chest pains coughing here and their after Not Being in the Polluted Infested Air to Breath For 2016 - 2026. Both Mental and Physical suffering of Negligence regarding Toxic molded Air Now disable Health conditions From Exposure Air Pollution, injuries See Viable claim base on Credible Facts Date 4/13/2026. Client: Plaintiff, Hospital # ELMHS; Building Ward B2 Completing

Form Complaint / Request, Complaint Type of illness suffering sharp pain in My Head area and Chest pain For health deficiency signature Ronnie L. Williams. 4/13/26:

(4)

Therefore for the factors and applied together Core Requirements of Federal questions Primary statute, jurisdiction, covering constitutional violations and Federal Laws claims without a minimum amount in Controversy. Preliminary injunctions in both Cases required focus on a Constitutional issue, a Violation of specific Federal statue or a Bivens action against a Federal officer as Sheriff Stuart Wright that help clarify this case NO 1:25-CV-1372 scope of 28 U.S.C. §1331, Performance of a Contract, Compliance with a Regulation.) set a high bar For Preliminary injunction. Remedy governed by Procedural rule Fed. R. Civ P. 65, that has been demonstrated by Pro se Plaintiff F For Western District Court officials required duty done and signed on 5th day May 2026 Ronnie L. Williams Plaintiff.

# State of Louisiana

## STATE LICENSING BOARD FOR CONTRACTORS

JEFF LANDRY
GOVERNOR

BRAD HASSERT
EXECUTIVE DIRECTOR



## CONSUMER COMPLAINT FORM

Date: 4/28/ 2026      Total Contract Amount: $_____

Name of Person Filing Complaint: Konwick, Williams  Relationship: Offender Deten Cente

Homeowner(s): Housing unit A-1 dorm / Lockdown

Property Address for Complaint: 299 Edwina Drive

City: Natchitoches    Parish: Natchitoches  State: LA   Zip: 71457

Home Phone: 318 527 2071   Cell Phone: 254 25 8789  Email
8789

---

## CONTRACTOR INFORMATION FOR COMPLAINT

Contractor(s) Name: Stuart Wright, Zasilla and Private Owners

Company Name of Contractor: Detention Center

Contractor(s) Address: 209 Edwina Drive

City: Natchitoches   Parish/County: Natchitoches   State: LA   Zip: 71457

Office Phone: 357-9300   Cell Phone: _____   Home Phone: _____

Name of Salesperson(s): _____

---

## NATURE OF COMPLAINT

Detailed Explanation of Complaint (Attach additional pages if necessary):
Expired Duct VENTALATION Industrual System From Intro of Birth From 1996 and Hazzard control illegal operation that Breached their duty From Time limitations of Louisiana Policy of Law, 10 year - 15 or 50 Forth

Enclose the Following: Copy of Contract(s)/Proposal(s), Cancelled Checks/Receipts, Invoices, Advertising

Mail to: Louisiana State Licensing Board for Contractors, Attention: Enforcement
600 North Street, Baton Rouge, Louisiana 70802

Copy Control and OAths of Propes

# State of Louisiana

## STATE LICENSING BOARD FOR CONTRACTORS

**JEFF LANDRY**
GOVERNOR



**BRAD HASSERT**
EXECUTIVE DIRECTOR

## CONSUMER COMPLAINT FORM

**Date:** 4/25/2026

**Total Contract Amount:** $_____

**Name of Person Filing Complaint:** Ronnie L. Williams  **Relationship:** Citizen / Busnis Own

**Homeowner(s):** Housing Unit A-I dorm/lockdown 1-4, 7-12

**Property Address for Complaint:** 200 Edwina Drive

**City:** Natchitoches  **Parish:** Natchitoches  **State:** Lt  **Zip:** 71457

**Home Phone:** 355 27 3011  **Cell Phone:** 254 251 0789  **Email**

---

## CONTRACTOR INFORMATION FOR COMPLAINT

**Contractor(s) Name:** Founder of OSHA From New York

**Company Name of Contractor:** OSHA Company

**Contractor(s) Address:** Ben Johnson Auditorium, Martin Luther King

**City:** Natchitoches  **Parish/County:** Natchitoches  **State:** LA  **Zip:** 71457

**Office Phone:** Unknown  **Cell Phone:** Unknown  **Home Phone:** Unknown

**Name of Salesperson(s):** _____

---

## NATURE OF COMPLAINT

**Detailed Explanation of Complaint (Attach additional pages if necessary):**
I met with the Founder of OSHA and asked for his assistance for the private owned detention center Run by Sheriff Stuart Wright and Lasalle Corporation and he said No. That breached his oath of duty of service for public intrest and Proposals.

**Enclose the Following:** Copy of Contract(s)/Proposal(s), Cancelled Checks/Receipts, Invoices, Advertising

Mail to: Louisiana State Licensing Board for Contractors, Attention: Enforcement
600 North Street, Baton Rouge, Louisiana 70802